**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daphne Maria PATTERSON,**
**Defendant–Appellant.**

**No. 15-15778**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Filed: 10/12/2016

Jamie L. Mickelson, Dahil Dueno Goss, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee

Daphne Maria Patterson, FCI Marianna Satellite Camp—Inmate Legal Mail, Marianna, FL, for Defendant–Appellant

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Daphne Patterson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Patterson's convictions and sentences are **AFFIRMED**.